J. F. BARRETT AND SONS, INC. *v.*
BERNARD ROSENSHEIN
(9084)

O'CONNELL, NORCOTT and LANDAU, Js.

Argued November 6—decision released November 9, 1990

*Donald E. Grossfield* filed a brief for the appellant (defendant).

*Richard J. Buturla,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.